1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 15-166-TSZ |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |
| JERRY LYNN POWERS, | ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court on a stipulated motion to continue the trial date beyond July 20, 2015, and to extend the pretrial motions deadline.  Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act.  The Court has reviewed the motion papers, Mr. Powers's waiver, and the relevant record and has considered the factors outlined in 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv).

The Court finds based upon its consideration of the factors outlined in 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv) that the ends of justice served by granting a continuance outweigh the interests of the public and the defendant in a more speedy trial, finds that the ends of justice served by granting a continuance outweigh the interests of the public and the defendant in a more speedy trial, given defense counsel's reasonable need for additional time to prepare for trial and advise Mr. Powers given the

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Jerry Powers;* CR15-166TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

volume of discovery provided by the government, complicated nature of the case, and the defense's need to complete investigation.

IT IS ORDERED that the trial date in this matter shall be continued to October 26, 2015, and that pretrial motions shall be filed no later than September 24, 2015. The period of delay from the date of this Order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

DONE this 11th day of June, 2015.

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jerry Lynn Powers

*/s/ Kate Vaughan*
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*Jerry Powers;* CR15-166TSZ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100