UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRY LYNN POWERS,<br><br>  Defendant. | CR15-166 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 49, for leave to file an overlength motion for compassionate release is GRANTED.

(2) The Government's motion, docket no. 53, for leave to file an overlength response to defendant's motion for compassionate release is GRANTED.

(3) Defendant's motion, docket no. 55, for leave to file an overlength reply in support of his motion for compassionate release is GRANTED.

(4) Defendant's 23-page motion for compassionate release, docket no. 50, the Government's 18-page response, docket no. 54, defendant's 11-page reply, docket no. 56, and defendant's 2-page supplement, docket no. 57, will be considered by the Court. No further briefing shall be filed unless requested by the Court.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1